Karen A. CROUCH, Respondent,

v.

Mitchell W. CROUCH, Appellant.

No. WD 74080.

Missouri Court of Appeals, Western District.

Aug. 7, 2012.

Christy Lea Fisher, Plattsburg, MO, for respondent.

Michael Joseph Svetlic, Kansas City, MO, for appellant.

Division One: JAMES M. SMART, JR., P.J., THOMAS H. NEWTON and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mitchell Crouch appeals the trial court's judgment dissolving his marriage to Karen Crouch. We affirm. Rule 84.16(b).